

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alvino Reyes Hernandez

**Civil Action No.**  26-cv-2193-LL-DDL

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition under 28 U.S.C. § 2241 for an individualized bond hearing before an immigration judge. This case is hereby closed.

**Date:** _____5/1/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  26-cv-2193-LL-DDL

Respondents:

Christopher J. Larose,
Senior Warden, Otay Mesa Detention Center;

Patrick Divver,
Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement;

Todd M. Lyons,
Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security